UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**04 - 20489 CR - LENARD** MAGISTRATE JUDGE
SIMONTON

CASE NO. _____

18 U.S.C. § 611



**UNITED STATES OF AMERICA**

**vs.**

**BARBARA M. SWEETING**

_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about November 7, 2000, in Miami-Dade County, in the Southern District of Florida,

the defendant,

**BARBARA M. SWEETING,**

an alien, fully knowing she was not a United States citizen, did knowingly vote in an election held

in part for the purpose of electing a candidate for federal office.

In violation of Title 18, United States Code, Section 611.

A TRUE BILL

_____

FOREPERSON

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

BARBARA M. SWEETING,

Defendant.
_____/

CASE NO. _____

04 - 20489 CR - LENARD

CERTIFICATE OF TRIAL ATTORNEY*

MAGISTRATE JUDGE
SIMONTON

Superseding Case Information:

Court Division: (Select One)

New Defendant(s)       Yes _____    No _____
Number of New Defendants       _____
Total number of counts       _____

__X__ Miami   _____ Key West
_____ FTL     _____ WPB     _____ FTP

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:   (Yes or No)   __No__
     List language and/or dialect   _____

4.   This case will take   __3__   days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)                                        (Check only one)

I     0 to 5 days         __X__            Petty      _____
II    6 to 10 days        _____            Minor      _____
III   11 to 20 days       _____            Misdem.    __X__
IV    21 to 60 days       _____            Felony     _____
V     61 days and over    _____

6.   Has this case been previously filed in this District Court? (Yes or No)   __No__
If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?   (Yes or No)   __No__
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____   District of _____

Is this a potential death penalty case? (Yes or No)   __No__

7.   Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?   _____ Yes   __No__ No

8.   Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?   _____ Yes   __No__ No
     If yes, was it pending in the Central Region?   _____ Yes   _____ No

9.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   _____ Yes   __No__ No

10.  Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?   _____ Yes   __No__ No

KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5500050

*Penalty Sheet(s) attached

REV.1/14/04

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**      **BARBARA M. SWEETING**

**Case No:**

**04 - 20489** CR-LENARD  MAGISTRATE JUDGE
                                                         SIMONTON

Count #: 1

Election Fraud

Title 18, United States Code, Section 611

* **Max.Penalty:**      1 years' imprisonment

Count #:

_____

**\*Max. Penalty:**

Count #:

_____

**\*Max. Penalty:**

Count #:

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Case 1:04-cr-20489-JAL   Document 1   Entered on FLSD Docket 07/19/2004   Page 4 of 4

No. **04 - 20489** CR-LENARD   MAGISTRATE JUDGE
SIMONTON

# UNITED STATES DISTRICT COURT

___SOUTHERN_____ District of _____FLORIDA_____

## THE UNITED STATES OF AMERICA

*vs.*

**BARBARA M. SWEETING**

Defendant

# INDICTMENT

## 18 U.S.C. § 611

A true bill.

_____
FGJ 04-01(MIA)                                  Foreman

Filed in open court this _____ day,

of _____ A.D. 2004

_____
                                                Clerk

Bail, $ _____

FEDERAL GRAND JURY INDICTMENT No. RC 0401-03