UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 04-20489 CR-

UNITED STATES OF AMERICA,

vs.

_Barbara Sweeting_

Defendant.

**ARRAIGNMENT INFORMATION SHEET**

Jail No :_____

Language :_____

The above-named Defendant appeared before **Magistrate Judge JOHN J.O'SULLIVAN**. The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:      Address:_____

_____

Tel. No:_____

Defense Counsel:  Name    :_____

Address:_____

_____

Tel. No:_____

Bond Set/Continued:    $_____

Dated this____16____ day of__Aug____, 2004.

CLARENCE MADDOX, CLERK OF COURT
  PILAR MAYA
  Deputy Clerk

c:CRD

TAPE NO.04A-_____
DIGITAL START NO._____